Case 7:23-cv-00133 Document 115 Filed on 04/14/23 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
April 17, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| A.I.I.L. | § | |
| L.L.H.O. | § | |
| J.L.V.A. | § | |
| J.I.S. | § | |
| J.J.P.B., | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-01383 |
| | § | |
| JEFFERSON BEAUREGARD SESSIONS, III, GENE HAMILTON, JOHN F KELLY, STEPHEN MILLER, KIRSTJEN NIELSEN, KEVIN K MCALEENAN, MARK MORGAN, THOMAS HOMAN, RONALD D. VITIELLO, MATTHEW ALBENCE, L. FRANCIS CISSNA, CARLA PROVOST, ALEX AZAR, MARGARET WYNNE, E SCOTT LLOYD, UNKNOWN PARTIES, and OF AMERICA UNITED STATES, Defendants. | § § § § § § § § § § § § § | |

## ORDER OF TRANSFER

The above entitled and numbered cause of action was transferred to the United States District Court for the Southern District of Texas. The complaint and attendant pleadings were incorrectly docketed in the Houston Division. Accordingly, it is hereby

**ORDERED** that the cause of action filed under Civil Action No. H-23-cv-348 be **TRANSFERRED** to the McAllen Division of the Southern District of Texas for proper filing. It is further

**ORDERED** that the Order for Conference **(Document No. 114)** is hereby **VACATED**.

SIGNED at Houston, Texas on April 14, 2023.

*George C. Hanks Jr.*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE