UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| J.J.P.B., <br><br> Plaintiff, <br><br> v. <br><br> United States of America, et al., <br><br> Defendants. | No. 7:23-cv-00133 <br><br> Judge Micaela Alvarez |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Steve C. Herzog of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, located at 1285 Avenue of the Americas, New York, NY 10019, is hereby entering an appearance as counsel of record for Plaintiff J.J.P.B. on behalf of himself and his minor child, A.E.P.F., in the above-captioned action.

Please serve all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings upon this office via ECF or at the office, postal address, electronic mail addresses, and/or facsimile numbers listed below.

Dated:   New York, New York
        May 3, 2023

**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**

By:   */s/ Steven C. Herzog*
     Steven C. Herzog
     SDTX Bar No. NY2173623
     sherzog@paulweiss.com
     1285 Avenue of the Americas
     New York, NY 10019-6064
     (212) 373-3317 (Telephone)
     (212) 492-0317 (Facsimile)

*Attorney for Plaintiff J.J.P.B. on behalf of himself and his minor child A.E.P.F.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2023, a true and correct copy of the foregoing document was served in accordance with the Local Rules on all counsel of record via the Court's electronic filing system.

*/s/ Steven C. Herzog*

Steven C. Herzog
