UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| J.J.P.B, on behalf of himself, and his minor child, A.E.P.F. | § § | |
| Plaintiff, | § | Civil Action No. 7:23-cv-133 |
| v. | § § | |
| United States of America, et al., | § | |
| Defendants. | § § | |

### NOTICE OF SUBSTITUTION OF LEAD COUNSEL

Please take notice that the undersigned Assistant United States Attorney, Christopher D. Pineda, is hereby designated as Lead-Counsel in this matter for the Federal Defendants, in place of Philip D. MacWilliams.

Mr. MacWilliams hereby withdraws as counsel of record and requests that he be terminated as counsel for the Federal Defendants on the Court's docket. He also requests that he no longer receives ECF notifications in this case.

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney

By:   *s/ Christopher D. Pineda*
CHRISTOPHER D. PINEDA
Assistant United States Attorney
S.D. Tex. No. 1055715
Texas Bar No.   24070420
600 E. Harrison, Suite 201
Brownsville, Texas 78520
(956) 548-2554/Fax: (956) 548-2775
Email: Christopher.Pineda@usdoj.gov
**Attorney-in-Charge for**
**Federal Defendants**

and

*s/ Phil MacWilliams*
PHILIP D. MACWILLIAMS
Trial Attorney
D.C. Bar No. 482883
E-mail: phil.macwilliams@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station, P.O. Box 888
Washington, DC 20044
Telephone: (202) 616-4285

**CERTIFICATE OF SERVICE**

I certify that on May 9, 2023, this document was filed by CM/ECF.

*s/ Christopher D. Pineda*
CHRISTOPHER D. PINEDA
Assistant United States Attorney