United States District Court
Southern District of Texas
**ENTERED**
May 10, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| J.J.P.B., *on behalf of himself and on behalf of his minor child*, A.E.P.F., | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 7:23-cv-00133 |
| Unknown Parties *and* the United States of America, | § § § § | |
| Defendant. | | |

## ORDER

The Court now considers Steve C. Herzog's notice of appearance[1] and Christopher D. Pineda's notice of substitution of lead counsel.[2]

On April 11, 2023, the District of Arizona severed Plaintiffs' Federal Tort Claims Act claims from the case proceeding before it.[3] On transfer of the severed case to this judicial district, the Clerk of Court retained all counsel of record from the Arizona case.

From the instant filings, it is unclear to the Court whether Mr. Herzog is sole counsel for Plaintiffs and Mr. Pineda sole counsel for Defendants. Accordingly, the Court **ORDERS** remaining counsel to file either a notice of appearance or withdrawal in accordance with Local Rule 83.2 by **May 31, 2023, at 5:00 p.m.**

IT IS SO ORDERED.

DONE at McAllen, Texas, this 10th day of May 2023.

Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 116.
[2] Dkt. No. 117.
[3] Dkt. No. 112.