UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| J.J.P.B., *on behalf of himself and on behalf of his minor child*, A.E.P.F., <br><br>   Plaintiffs, <br><br> VS. <br><br> United States of America et al., <br><br>   Defendants. | § <br> § <br> § <br> § <br> § <br> § CIVIL ACTION NO. 7:23-cv-00133 <br> § <br> § <br> § <br> § |

**<u>NOTICE OF WITHDRAWAL OF COUNSEL FOR THE PLAINTIFFS</u>**

Notice is hereby given that Christine Keeyeh Wee is no longer counsel for the Plaintiffs in this matter. Plaintiffs will continue to be represented by Steven C. Herzog of Paul, Weiss, and co-counsel for Plaintiffs.

Dated this 24th day of May, 2023.

| | |
|---|---|
| Lee Gelernt* <br> Daniel A. Galindo* <br> AMERICAN CIVIL LIBERTIES <br> UNION FOUNDATION <br> IMMIGRANTS' RIGHTS PROJECT <br> 125 Broad St., 18th Floor <br> New York, NY 10004 <br> Tel. (212) 549-2660 <br> lgelernt@aclu.org <br> dgalindo@aclu.org | By: */s/ Steven C. Herzog* <br> Steven C. Herzog <br> PAUL, WEISS, RIFKIND, WHARTON <br> & GARRISON LLP <br> 1285 Avenue of the Americas <br> New York, NY 10019-6064 <br> Tel. (212) 373-3000 <br> sherzog@paulweiss.com |

Alexander A. Reinert*  
55 Fifth Avenue, Room 1005  
New York, NY 10003  
Tel. (212) 790-0403  
areinert@yu.edu  

Stephen B. Kang*  
Hannah Schoen*  
Oscar Sarabia Roman*  
AMERICAN CIVIL LIBERTIES UNION FOUNDATION  
IMMIGRANTS' RIGHTS PROJECT  
39 Drumm Street  
San Francisco, CA 94111  
Tel.: (415) 343-1198  
Fax: (415) 395-0950  
skang@aclu.org  
hschoen@aclu.org  
osarabia@aclu.org  

*Pro hac vice pending*

Geoffrey R. Chepiga*  
Jacqueline P. Rubin*  
Hallie S. Goldblatt*  
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP  
1285 Avenue of the Americas  
New York, NY 10019-6064  
Tel. (212) 373-3000  
gchepiga@paulweiss.com  
jrubin@paulweiss.com  
hgoldblatt@paulweiss.com  

*Attorneys for Plaintiffs J.J.P.B., on behalf of himself and his minor child, A.E.P.F.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2023, a true and correct copy of the foregoing document was served in accordance with the Local Rules on all counsel of record via the Court's electronic filing system.

*/s/ Steven C. Herzog*
Steven C. Herzog