United States District Court
Southern District of Texas
**ENTERED**
August 16, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| J.J.P.B, *on behalf of himself and on behalf of his minor child, A.E.P.F.,*<br>*Plaintiff,*<br><br>v.<br><br>Unknown Parties and The United State of America,<br>*Defendant.* | § § § § § § § § § § | Civil Action M-23-133 |

## ORDER

On August 14, 2023, this case was referred to the undesigned for full pretrial management. ECF No. 145. All future court filings should be directed to the undersigned and proposed orders should be prepared for the undersigned's signature.

By August 30, 2023, the parties shall file a joint status report including the following:

- A brief synopsis of the case's history, including an identification of all live pleadings and remaining parties, citing to docket entries of importance;
- all outstanding motions or disputes that require the court's attention;
- a proposed schedule to govern the case through dispositive motions.[1]

---

[1] The court will consider dispositive motions and issue a report and recommendation, which Judge Tipton will consider *de novo*. Once all dispositive motions have been decided, the court will return the case to Judge Tipton's docket for trial.

The court will set a scheduling conference, the timing of which will depend upon the contents of the joint status report. At the hearing, the court will consider all outstanding issues. The court intends to enter a schedule and any necessary orders that will govern the remainder of this case.

Signed at Houston, Texas, on August 16, 2023.

_____
Peter Bray
United States Magistrate Judge