United States District Court
Southern District of Texas
**ENTERED**
September 07, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| J.J.P.B., *on behalf of himself and on Behalf of his minor child, A.E.P.F.*, Plaintiffs, | § § § § | |
| v. | § § | Civil Action M-23-133 |
| United States of America, et al., Defendants. | § § | |

# Scheduling Order

This schedule shall be followed. All communications concerning the case shall be directed in writing to Jason Marchand, Case Manager for United States Magistrate Judge Peter Bray, 515 Rusk, Room 5300, Houston, TX 77002, or via email Jason_Marchand@txs.uscourts.gov.

| | |
|---|---|
| September 29, 2023 | A JOINT STATUS REPORT identifying claims and parties before this court shall be filed by this date. |
| October 31, 2023 | RULE 12 MOTIONS shall be filed by this date. |
| June 17, 2024 | PLAINTIFF shall designate EXPERT WITNESSES. Designation shall be in writing to opponent. Expert reports shall be served on the same day. |
| July 16, 2024 | DEFENDANT shall designate EXPERT WITNESSES. Designation shall be in writing to opponent. Expert reports shall be served on the same day. |
| August 16, 2024 | REBUTTAL/SUPPLEMENTAL WITNESSES shall be desinated. Designation shall be in writing to opponent. Expert reports shall be served on the same day. |

| | |
|---|---|
| September 30, 2024 | DISCOVERY shall be completed by this date. Do NOT file discovery motions. Should a discovery issue arise, the parties shall file a joint statement not exceeding five pages describing the nature of the dispute. A hearing will be set shortly after the statement is filed. Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline. |
| November 15, 2024 | MOTION CUT-OFF. No motion, including motions pertaining to experts, shall be filed after this date without leave of court. Motions and responses shall not be longer than 25 pages; replies shall not be longer than 15 pages. |

SIGNED on September 7 2023.

_____
Peter Bray
United States Magistrate Judge