# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| J.J.P.B., *on behalf of himself and on behalf of his minor child*, A.E.P.F., | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. 7:23-cv-00133 |
| United States of America et al., | § § § | **JOINT MOTION TO AMEND SCHEDULING ORDER** |
| Defendants. | § | |

Plaintiff J.J.P.B. ("Jacinto"), and his minor child Plaintiff A.E.P.F. ("Andres"),[1] and Defendant United States of America, jointly move for a modest modification to the Scheduling Order set by the Court on September 7, 2023 (ECF No. 149). As outlined in the Parties' Joint Status Report, filed concurrently herewith, Plaintiffs intend to file an amended complaint by October 16, 2023 in this case that specifically sets forth the claims and parties before this Court, in light of this matter's transfer to the Southern District of Texas from the District of Arizona. While the Court had set a deadline for Defendant to file Rule 12 motions, the Court did not set a deadline for the filing of any amended pleadings. Defendant does not oppose Plaintiffs' filing of the proposed amended complaint by October 16, 2023, and Plaintiffs have agreed to extend Defendant's deadline to file its anticipated Rule 12 motion in response thereto from October 31, 2023 to November 15, 2023.

Accordingly, the Parties hereby move this Court, asking that the Court:

1. Set October 16, 2023 as the date by which Plaintiffs must file the proposed amended complaint; and

---

[1] Plaintiffs are referred to in the Complaints by their initials and by assigned pseudonyms.

  2.  Continue Defendant's deadline to file any Rule 12 motions from October 31, 2023 to November 15, 2023.

This is the Parties' first request to modify the Scheduling Order, and the Parties do not expect that this amendment to the Scheduling Order to impact any of the other dates set by the Court.

                    Respectfully submitted,

                    By: */s/* *Steven C. Herzog* w/permission
                    Steven C. Herzog
                    SDTX Bar No. NY2173623
                    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
                    1285 Avenue of the Americas
                    New York, NY 10019-6064
                    Tel. (212) 373-3000
                    Fax (212) 492-0317
                    sherzog@paulweiss.com

                    **ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

| | |
|---|---|
| Lee Gelernt (admitted *pro hac vice*) | Geoffrey R. Chepiga (admitted *pro hac vice*) |
| Daniel A. Galindo (admitted *pro hac vice*) | Jacqueline P. Rubin (admitted *pro hac vice*) |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION IMMIGRANTS' RIGHTS PROJECT | Hallie S. Goldblatt (admitted *pro hac vice*) PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 125 Broad St., 18th Floor | 1285 Avenue of the Americas |
| New York, NY 10004 | New York, NY 10019-6064 |
| Tel. (212) 549-2660 | Tel. (212) 373-3000 |
| lgelernt@aclu.org | gchepiga@paulweiss.com |
| dgalindo@aclu.org | jrubin@paulweiss.com |
| | hgoldblatt@paulweiss.com |
| Stephen B. Kang (admitted *pro hac vice*) | |
| Hannah Schoen (admitted *pro hac vice*) | |
| Oscar Sarabia Roman (admitted *pro hac vice*) | Alexander A. Reinert (admitted *pro hac vice*) |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION IMMIGRANTS' RIGHTS PROJECT | 55 Fifth Avenue, Room 1005 New York, NY 10003 Tel. (212) 790-0403 areinert@yu.edu |
| 39 Drumm Street | |
| San Francisco, CA 94111 | |
| Tel.: (415) 343-1198 | |
| Fax: (415) 395-0950 | |

skang@aclu.org
hschoen@aclu.org
osarabia@aclu.org

*Attorneys for Plaintiffs J.J.P.B., on behalf of himself and his minor child, A.E.P.F.*

ALAMDAR S. HAMDANI
United States Attorney

By:   *s/ Christopher D. Pineda*
CHRISTOPHER D. PINEDA
Assistant United States Attorney
S.D. Tex. No. 1055715
Texas Bar No.  24070420
600 E. Harrison, Suite 201
Brownsville, Texas 78520
(956) 548-2554/Fax: (956) 548-2775
Email: Christopher.Pineda@usdoj.gov

*Attorney-in-Charge for United States*

## CERTIFICATE OF SERVICE

I certify that on September 29, 2023, this document was filed by CM/ECF.

*s/ Steven C. Herzog*
Steven C. Herzog