# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | | |
|---|---|---|
| J.J.P.B., on behalf of himself, and his minor child, A.E.P.F., | § § § | |
| Plaintiff, | § | Civil Action No. 7:23-cv-133 |
| v. | § § | |
| United States of America, | § | |
| Defendants. | § | |

## NOTICE OF SETTLEMENT

J.J.P.B., on behalf of himself, and his minor child, A.E.P.F. ("Plaintiffs"), and the United States of America ("Defendant"), respectfully advise this Court that they have reached a settlement in principle of all claims. The Parties are currently working to finalize a settlement agreement. Accordingly, the Parties respectfully request that (1) all court settings and pending deadlines be stayed, including Plaintiffs' January 7, 2024 deadline to respond to Defendant's motion to dismiss (Dkt. 159); and (2) the Parties be given forty-five (45) to finalize their settlement agreement.

//

Respectfully submitted,

By: /s/ *Steven C. Herzog* w/permission
Steven C. Herzog
SDTX Bar No. NY2173623
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel. (212) 373-3000
Fax (212) 492-0317
sherzog@paulweiss.com

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

Lee Gelernt (admitted *pro hac vice*)
Daniel A. Galindo (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
Tel. (212) 549-2660
lgelernt@aclu.org
dgalindo@aclu.org

Stephen B. Kang (admitted *pro hac vice*)
Hannah Schoen (admitted *pro hac vice*)
Oscar Sarabia Roman (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Tel.: (415) 343-1198
Fax: (415) 395-0950
skang@aclu.org
hschoen@aclu.org
osarabia@aclu.org

Geoffrey R. Chepiga (admitted *pro hac vice*)
Jacqueline P. Rubin (admitted *pro hac vice*)
Hallie S. Goldblatt (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel. (212) 373-3000
gchepiga@paulweiss.com
jrubin@paulweiss.com
hgoldblatt@paulweiss.com

Alexander A. Reinert (admitted *pro hac vice*)
55 Fifth Avenue, Room 1005
New York, NY 10003
Tel. (212) 790-0403
areinert@yu.edu

*Attorneys for Plaintiffs J.J.P.B., on behalf of himself and his minor child, A.E.P.F.*

                                **ALAMDAR S. HAMDANI**
                                **United States Attorney**

By:   *s/ Christopher D. Pineda*
       CHRISTOPHER D. PINEDA
       Assistant United States Attorney
       S.D. Tex. No. 1055715
       Texas Bar No.   24070420
       600 E. Harrison, Suite 201
       Brownsville, Texas 78520
       (956) 548-2554/Fax: (956) 548-2775
       Email: Christopher.Pineda@usdoj.gov

       **ATTORNEY-IN-CHARGE**
       **FOR UNITED STATES OF AMERICA**

**CERTIFICATE OF SERVICE**

I certify that on January 2, 2024, this document was filed by CM/ECF.

       *s/ Christopher D. Pineda*
       CHRISTOPHER D. PINEDA
       Assistant United States Attorney