United States District Court
Southern District of Texas
**ENTERED**
February 23, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| J.J.P.B., on his own behalf and on behalf of his minor child, A.E.P.F., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | CIVIL ACTION NO. 7:23-CV-00133 |

## ORDER GRANTING UNOPPOSED MOTION FOR COURT APPROVAL OF SETTLEMENT OF MINOR'S CLAIM

Having considered the Plaintiffs' Unopposed Motion for Court Approval of Settlement of Minor's Claim, to which Defendant has no objection, the Court finds that the Motion should be, and hereby is, GRANTED. It is ORDERED:

1. The Court approves the Settlement of minor A.E.P.F.'s claims in this Lawsuit.

2. The Court approves the allocation of the Settlement proceeds as follows:

| Plaintiff | Settlement Share |
|---|---|
| J.J.P.B. | $140,000.00 |
| A.E.P.F. | $140,000.00 |

3. The Court approves placement of A.E.P.F.'s portion of the Settlement into a pooled minor's trust operated by Legacy Enhancement until A.E.P.F. reaches the age of 21.

1

4. Plaintiffs' counsel shall coordinate with J.J.P.B. and Legacy Enhancement for the execution of all necessary paperwork and the funding of the pooled minor's trust on behalf of A.E.P.F. and shall report back to the Court once funding is complete.

SO ORDERED.

Date: February 23, 2024.

 _____
 **DREW B. TIPTON**
 **UNITED STATES DISTRICT JUDGE**