UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| J.J.P.B., on behalf of himself, and his minor child, A.E.P.F.,<br>　　　　Plaintiff,<br>v.<br><br>United States of America,<br>　　　　Defendants. | Civil Action No. 7:23-cv-133 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties having reached a full and final settlement of the above-numbered and captioned action, it is hereby stipulated, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action in its entirety is hereby dismissed with prejudice, with each side bearing its own costs, expenses, and fees, and with this Court not retaining jurisdiction over this action, the Parties' settlement of this action, or the United States.

Respectfully submitted,

By: /s/ *Steven C. Herzog*
Steven C. Herzog
SDTX Bar No. NY2173623
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel. (212) 373-3000
Fax (212) 492-0317
sherzog@paulweiss.com

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

| | |
|---|---|
| Lee Gelernt (admitted *pro hac vice*)<br>Daniel A. Galindo (admitted *pro hac vice*)<br>AMERICAN CIVIL LIBERTIES<br>UNION FOUNDATION | Geoffrey R. Chepiga (admitted *pro hac vice*)<br>Jacqueline P. Rubin (admitted *pro hac vice*)<br>Hallie S. Goldblatt (admitted *pro hac vice*)<br>PAUL, WEISS, RIFKIND, WHARTON |

IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
Tel. (212) 549-2660
lgelernt@aclu.org
dgalindo@aclu.org

Stephen B. Kang (admitted *pro hac vice*)
Hannah Schoen (admitted *pro hac vice*)
Oscar Sarabia Roman (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Tel.  (415) 343-1198
Fax  (415) 395-0950
skang@aclu.org
hschoen@aclu.org
osarabia@aclu.org

& GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel. (212) 373-3000
gchepiga@paulweiss.com
jrubin@paulweiss.com
hgoldblatt@paulweiss.com

Alexander A. Reinert (admitted *pro hac vice*)
55 Fifth Avenue, Room 1005
New York, NY 10003
Tel. (212) 790-0403
areinert@yu.edu

*Attorneys for Plaintiffs J.J.P.B., on behalf of himself and his minor child, A.E.P.F.*

ALAMDAR S. HAMDANI
United States Attorney

By:   s/ *Christopher D. Pineda with permission*
CHRISTOPHER D. PINEDA
Assistant United States Attorney
S.D. Tex. No. 1055715
Texas Bar No. 24070420
600 E. Harrison, Suite 201
Brownsville, Texas 78520
(956) 548-2554/Fax: (956) 548-2775
Email: Christopher.Pineda@usdoj.gov

**ATTORNEY-IN-CHARGE FOR DEFENDANT UNITED STATES**

2

## CERTIFICATE OF SERVICE

I certify that on April 17, 2024, this document was filed by CM/ECF.

*/s/ Steven C. Herzog*
Steven C. Herzog
